Sunday Nov. 22 2015

Abel Acosta, Clerk

RE:

PD-0510-14 ; PD-0509-14

Mr. Acosta

Please send me a copy of the "Docket-Sheet" within the above cited PDR Cause Numbers: PD-0509-14 and PD-0510-14

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk

Thank You.

Marshall Patrick
State Inmate - TDC # 1728798
3060 FM 3514
Beaumont, TX - 77705